1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  DANBEE C. KIM (NYBN 5431523)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7200

7      FAX: (415) 436-7234
       Danbee.kim2@usdoj.gov

8

   Attorneys for United States of America

9

10                          UNITED STATES DISTRICT COURT

                            NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,            )   CASE NO.  3:23-CR-85-WHA
                                         )
14           Plaintiff,                  )    [PROPOSED] ORDER
                                         )
15        v.                             )
                                         )
16  JESSE FRANKLIN SWARTZ,               )
                                         )
17           Defendant.                  )
                                         )
    _____)
18

19        Based upon representations made to the Court on May 12, 2023 and for good cause shown, the

20  Court finds that failing to exclude the time from May 12, 2023 through June 7, 2023 would

21  unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into

22  account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the

23  ends of justice served by excluding the time from May 12, 2023 to June 7, 2023 from computation under

24  the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

25

26

27

28

    [PROPOSED] ORDER
    Case No. CR   3:23-CR-85-WHA
                                                                        v. 7/10/2018

1    Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from

2  May 12, 2023 through June 7, 2023 shall be excluded from computation under the Speedy Trial Act. 18

3  U.S.C. § 3161(h)(7)(A), (B)(iv).

4

5    IT IS SO ORDERED.

6

7  DATED: May 15, 2023

   HON. WILLIAM ALSUP
8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
Case No. CR   3:23-CR-85-WHA

v. 7/10/2018