ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:23-CR-00085-WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JESSE FRANKLIN SWARTZ, | |
| Defendant. | |

    Based upon the parties' representations made to the Court on June 7, 2023 and for good cause shown, the Court finds that failing to exclude the time from June 7, 2023 through June 28, 2023 would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 7, 2023 to June 28, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

[~~PROPOSED~~] ORDER
Case No. CR   3:22-CR-85-WHA

v. 7/10/2018

1  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from
2  June 7, 2023 through June 28, 2023 shall be excluded from computation under the Speedy Trial Act. 18
3  U.S.C. § 3161(h)(7)(A), (B)(iv).

5  IT IS SO ORDERED.

7  DATED: June 7, 2023

   _____
   HON. WILLIAM ALSUP
   United States District Judge