UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JESSE FRANKLIN SWARTZ,<br><br>          Defendant. | Case No. 23-cr-00085-WHA-1   (VC)<br><br>**ORDER DENYING MOTION FOR DISQUALIFICATION**<br><br>Re: Dkt. No. 53 |

The defendant's motion to disqualify Judge Alsup is frivolous and it is denied.

**IT IS SO ORDERED.**

Dated: June 22, 2023

_____
VINCE CHHABRIA
United States District Judge