ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
WILLIAM J. MIGLER (CABN 318518)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-CR-00085-WHA |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JESSE FRANKLIN SWARTZ, | |
| Defendant. | |

Based upon the parties' representations made to the Court on July 19, 2023, and for good cause shown, the Court finds that failing to exclude time from July 19, 2023 through August 8, 2023 would unreasonably deny the defendant the reasonable time necessary for effective representation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time until August 8, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial and that failing to exclude the time would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from

July 19, 2023 through August 8, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: July 24, 2023

_____
HON. WILLIAM ALSUP
United States District Judge