| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | JEFFREY BORNSTEIN (CABN 99358)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7289<br>FAX: (415) 436-7234 |
| 8 | Jeffrey.bornstein@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:23-CR-085 WHA |
| Plaintiff, | ) ) | DETENTION ORDER |
| v. | ) ) | |
| JESSE FRANKLIN SWARTZ, | ) ) | |
| Defendant. | ) ) | |

On August 18, 2025, defendant Jesse Swartz ("Mr. Swartz") appeared before the Court for a detention hearing on a Probation Form 12 Petition. Mr. Swartz was present and represented by stand-in counsel Taylor Fatherree, special appearing, pending appointment of CJA advisory counsel, on Friday, August 22, 2025. Mr. Swartz asked for and the Court granted his request to waive his right to have new counsel appointed and instead to consider his release or detention and not wait for new counsel to be appointed to assist him. Assistant United States Attorney Jeffrey Bornstein appeared for the government.

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court, held an in-person hearing to determine detention or release on supervisory conditions for Mr. Swartz. Under Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. §3143(a), a person charged with violation of supervised release has the burden

of establishing by "clear and convincing evidence" that he or she will not flee or pose a danger to any other person or to the community.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that under FRCP 32.1(a)(6), Mr. Swartz failed to establish by clear and convincing evidence that he would come to court when ordered and not flee and otherwise pose a danger to the community. On the present record, the Court finds that the defendant presents an unmitigated risk of flight and danger to the community if released. Consequently, the Court orders Mr. Swartz to be detained.

IT IS SO ORDERED.

DATED: August 19, 2025

_____
HONORABLE SALLIE KIM
United States Magistrate Judge